IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.          CASE NOs.   1:09-cv-00043-MP-AK
                                                   1:09-cv-00045-MP-AK
2005 TOYOTA VIN 5TDZA22C15S225300,    1:09-cv-00046-MP-AK
et al.                                             1:09-cv-00048-MP-AK
                                                      1:09-cv-00051-MP-AK

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Motion to Dismiss by United States of America, Doc. 15. The United States recites that the property that is the subject of the above-listed cases is being pursued in a related criminal case, 1:09-cr-00037. Therefore, it requests the dismissal of the above-listed civil forfeiture cases, with the property remaining in government custody as per the relevant protective order filed in 1:09-cr-00037, Doc. 29. No party has objected to the motion. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    Each of the above-listed cases is DISMISSED WITHOUT PREJUDICE, each party to bear its own costs and fees.

    2.    Each of the defendant properties in the above-listed cases is to remain in government custody pursuant to 1:09-cr-00037 Doc. 29 unless and until that protective order is revoked or modified in the criminal proceeding.

    3.    The Clerk is directed to file a copy of this order in each of the above-listed cases.

    **DONE AND ORDERED** this   5th  day of January, 2010



                                    Maurice M. Paul, Senior District Judge